[No. 37669-1-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL LEON DUGAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05089-3, Michael S. Spearman, J., entered October 10, 1995. *Dismissed* by unpublished per curiam opinion.

[No. 38005-2-I.    Division One.    June 9, 1997.]

CRAIG WOLLAM, *Respondent*, v.
SHARITA A. BURTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-5-01493-0, Liem E. Tuai, J., entered December 13, 1996. *Remanded* by unpublished per curiam opinion.

[No. 38027-3-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JONNIE MOSES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-06057-1, Charles V. Johnson and Michael Spearman, JJ., entered January 9, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38242-0-I.    Division One.    June 9, 1997.]

PATRICIA O'HARA, *Appellant*, v. THE CRISIS CLINIC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-17531-9, Robert S. Lasnik, J., entered January 17, 1996. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Coleman and Agid, JJ.